# UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Woodbridge Group of Companies, LLC<br>    Debtor<br>_____ | Bankruptcy Case No.: 17−12560−BLS<br><br>Bankruptcy Chapter:  11 |
| Michael Goldberg<br><br>    Plaintiff<br><br>    vs.<br><br>Sunwest Trust, Inc., as custodian for<br>Donald Balcom IRA, and Donald Balcom<br><br>    Defendant(s) | Adv. Proc. No.:  19−50296−BLS |

## JUDGMENT BY DEFAULT

    On 2/5/21, default was entered against defendant(s) Sunwest Trust, Inc., as custodian for Donald Balcom IRA, and Donald Balcom. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Sunwest Trust, Inc., as custodian for Donald Balcom IRA, and Donald Balcom in the amount of $61,188.66 plus court filing costs in the amount of $350.00.

Date: 2/5/21

                                                                                    Una O'Boyle, Clerk of Court

(VAN−433b)